# DAN STROUP, P.C.
## ATTORNEY AT LAW
3400 W. MARSHALL AVE., STE. 403
LONGVIEW, TEXAS 75604
(903)295-2200
Fax: (903) 295-2171



E-Mail: dstroup@danstroup.com

March 14, 2019

The Honorable David B. Fannin
United States Magistrate Judge
2450 State Highway 118
Alpine, Texas 79830

RE:   Case No. PE:18-CV-6-DC-DF; *Bradley T. Stephens vs. FAF, Inc. and Eva J. Duvall;* In the United States District Court for the Western District of Texas, Pecos Division

Dear Judge Fannin:

We represent Plaintiff Bradley T. Stephens in the above matter. We are in receipt of your Order dated March 12, 2019 (Document No. 87). Please be advised that our part of this case has been settled.

I believe the attorneys for Defendants FAF, Inc. and Eva J. Duvall are going to submit the closing papers for our part of this case.

If you need anything further from us, please let us know.

Sincerely,

Dan Stroup

DS/lb